## Commonwealth ex rel. Kirby, Appellant, *v.* Maroney.

Submitted November 14, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*George Kirby,* appellant, in propria persona.

*Louis Abromson* and *William Claney Smith,* Assistant District Attorneys, and *Edward C. Boyle,* District Attorney, for appellee.

OPINION PER CURIAM, December 12, 1962:

This is an appeal by relator from a denial of petition for writ of habeas corpus by the Court of Common Pleas of Allegheny County, at No. 38, July Term, 1962. Relator was indicted on a charge of violation of the Narcotics Act. He entered a plea of guilty and was sentenced to a term of not less than one year nor more than two years in the Western State Correctional Institution at Pittsburgh. He had court-appointed counsel.

The only question raised on this appeal is an alleged illegal search and seizure.

This appeal is controlled by our decision in *Com. ex rel. Marshall v. Maroney,* 198 Pa. Superior Ct. 85, 181 A. 2d 852.

The order of the court below is affirmed.